PER CURIAM.
See Orlando Executive Park, Inc. v. P. D. R., 402 So.2d 442 (Fla. 5th DCA 1981); Fernandez v. Miami Jai-Alai, Inc., 386 So.2d 4 (Fla. 3d DCA 1980). But see Worth v. Stahl, 388 So.2d 340 (Fla. 4th DCA 1980); Warner v. Florida Jai Alai, 221 So.2d 777 (Fla. 4th DCA 1969), cert. discharged, 235 So.2d 294 (Fla.1970), which we deem to be in conflict with this decision.
AFFIRMED.
DAUKSCH, C. J., and COBB and FRANK D. UPCHURCH, Jr., JJ., concur.